BEFORE THE FIRST DIVISION, JULY 1, 1968

**No. P68/303.**—America-Asia Co. et al. *v.* United States, protests 62/7673, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of maize and rush or bulrush bags and baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiffs was sustained.